Brian T. Flahavan SBN 215222
FLAHAVAN LAW OFFICES
400 College Avenue
Santa Rosa, CA 95401

Tel:   707-525-2917
Fax:   707-525-2918
Email: btf@flahavanlaw.com

Attorney for Plaintiff
JESSICA CHAVEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA CHAVEZ, | CASE NO. |
| Plaintiff | COMPLAINT FOR DAMAGES FOR: |
| vs. | 1.  MEDICAL NEGLIGENCE. |
| UNITED STATES OF AMERICA, | |
| Defendant | |

COMES NOW PLAINTIFF, JESSICA CHAVEZ, AND ALLEGES AS FOLLOWS:

**GENERAL ALLEGATIONS**

1. Plaintiff is, and at all times mentioned herein was, a resident of Sonoma County, California.

2. Plaintiff is informed and believes, and based upon such information and belief alleges that physicians and other medical staff at Petaluma Health Center and Rohnert Park Health Center were and are physicians and/or clinics licensed to practice medicine in the County of Sonoma, State of California.

3. Plaintiff is informed and believes, and based upon such information and belief alleges that at Petaluma Health Center and Rohnert Park Health Center were and are Federally-Qualified Health

1

COMPLAINT FOR DAMAGES

1. Centers licensed to practice medicine in the County of Sonoma, State of California.

4. At all times herein mentioned, each of the physicians and medical staff and was acting within the scope of such agency and employment with Defendant.

5. On or about December 15, 2022, Plaintiff received medical care from physicians and medical staff at Defendant's Federally-Qualified Health Centers, Petaluma Health Center and Rohnert Park Health Center, both located in Sonoma County.

6. In the course of providing Plaintiff with medical treatment, Defendant's physicians and medical staff failed to diagnose Plaintiff's oral cavity carcinoma.

7. Due to the failure to diagnose oral cavity carcinoma, Plaintiff sustained physical and emotional injuries, including but not limited to: oral pain, neck pain, dysphagia, weight loss, tongue/oral cancer requiring glossectomy and chemotherapy, difficulty speaking, fear and anxiety related to unknown medical outcomes, life expectancy and physical complications. Defendants were the cause of these injuries.

8. Plaintiff was informed on or about June 14, 2023, that the treatment provided by Defendants was not within the standard of care.

**FIRST CAUSE OF ACTION**
**MEDICAL NEGLIGENCE**
**(By Plaintiff Against Defendant UNITED STATES OF AMERICA )**

9. On or about December 25, 2022, Plaintiff received medical treatment from Defendant's physicians and medical staff at Federally-Qualified Health Centers, Petaluma Health Center and Rohnert Park Health Center, both located in Sonoma County, California. On said date, Defendant's physicians and medical staff at Federally-Qualified Health Centers, Petaluma Health Center and Rohnert Park Health Center, failed to diagnose Plaintiff's oral cavity carcinoma. The failure to diagnose Plaintiff's oral cavity carcinoma was not within the standard of care and constituted medical negligence. As a result of Defendant's physicians and medical staff to fail to diagnose Plaintiff's oral cavity carcinoma, Plaintiff sustained physical injuries and other medical conditions, requiring multiple surgeries and chemotherapy.

10. As a direct and legal result of the negligence of Defendant's physicians and medical staff at

Federally-Qualified Heath Centers, Petaluma Health Center and Rohnert Park Health Center, Plaintiff has suffered, and will continue to suffer, extraordinary medical expenses and attendant care, in addition to wage loss. Plaintiff is uncertain of the amount of past and future medical expenses, attendant care, and other extraordinary health care needs, and past and future wage loss. Plaintiff will amend this Complaint to set forth the amount of past an future economic damages when ascertained.

**WHEREFORE**, Plaintiff JESSICA CHAVEZ, prays for judgement against Defendant as follows:

### ON ALL CAUSES OF ACTION

1. For general damages and damages for pain and suffering according to proof;
2. For special damage for past and future medical and related expenses according to proof;
3. Loss of earnings according to proof;
4. Attendant care and special needs, according to proof;
5. For costs of suit incurred herein;
6. Prejudgment interest; and
7. For such other and further relief as the Court deems just and proper.

Dated: January 21, 2025

FLAHAVAN LAW OFFICES

_____
BRIAN T. FLAHAVAN
Attorney for Plaintiff
JESSICA CHAVEZ