Case 4:25-cv-00677-AMO    Document 55    Filed 07/06/26    Page 1 of 2

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    kelsey.helland@usdoj.gov

Attorneys for Defendant UNITED STATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JESSICA CHAVEZ, | CASE NO. 4:25-cv-00677-AMO |
| Plaintiff, | **STIPULATION RE: PAGE LIMITS FOR BRIEFING ON DEFENDANT'S *DAUBERT* MOTION; [~~PROPOSED~~ ORDER]** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Subject to the Court's approval, Plaintiff and Defendant, through their undersigned counsel of record, hereby stipulate as follows:

1.    Section G.1 of the Court's Standing Order for Civil Cases provides that "Daubert opening and responsive briefs shall not exceed 5 pages."

2.    Notwithstanding the Court's Standing Order, Defendant inadvertently filed a *Daubert* motion on June 22, 2026, that contained approximately 6 pages of text with the signature block on the 7th page.  *See* Dkt. 50.

3.    Undersigned counsel for Defendant had read the Court's Standing Order prior to filing the Motion, but, in the course of drafting and finalizing the Motion for filing, accidentally neglected to confirm that the Motion was within the Court's page limits.  Undersigned counsel for Defendant apologizes for this mistake.

STIP. RE: DAUBERT BRIEFING
4:25-CV-00677-AMO

4.       The parties have met and conferred about this issue and jointly request that the Court consider Defendant's *Daubert* Motion in full as filed, and also allow Plaintiff to file a brief in response to Defendant's *Daubert* Motion that is up to 6 pages of text with the signature block on the 7th page.

IT IS SO STIPULATED.

DATED: July 3, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney
Counsel for Federal Defendant

DATED: July 3, 2026

Respectfully submitted,

FLAHAVAN LAW OFFICES

*/s/ Brian T. Flahavan*
BRIAN T. FLAHAVAN

Counsel for Plaintiff

*\* In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED:  7/6/2026

HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge

STIP. RE: DAUBERT BRIEFING
4:25-CV-00677-AMO